IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ALLEN D. KANNENBERG

and                                                  Civil File No. 11-CV-00664-GAF

JENNA LAVONNE KANNENBERG,

      Plaintiff,

vs.                                                       NOTICE OF DISMISSAL
                                                           WITH PREJUDICE

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                      Respectfully submitted,

Dated:  September 7, 2011           By  /s/J. Mark Meinhardt
                                                      J. Mark Meinhardt, #53501
                                                      4707 College Boulevard, Suite 100
                                                      Leawood, KS 66211
                                                      (913) 451-9797
                                                      (913) 451-6163 (fax)
                                                      ATTORNEY FOR PLAINTIFF