IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALLEN D. KANNENBERG<br>JENNA LAVONNE KANNENBERG<br><br>    Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>    Defendant. | Case No. 11-CV-0664-W-HFS |

## ORDER

Plaintiff has filed notice of dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(I).

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED with prejudice, and without costs, disbursements or attorney's fees to any party.

                                                  /s/ Howard F. Sachs
                                                HOWARD F. SACHS
                                                UNITED STATES DISTRICT JUDGE

September  14 , 2011

Kansas City, Missouri